UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LILIANA IBARRA and CANDY LOPEZ,**
**individually and on behalf of others,**

    Plaintiffs,

v.                                          Case No.  8:08-cv-2363-T-30EAJ

**SSA INVESTMENTS, LLC., a Florida**
**Corporation, d/b/a New Magic Touch Cleaners;**
**and MANJULA PATEL,**

    Defendants.
_____/

## O R D E R

    The Court has been advised via a Notice of Voluntary Dismissal Without Prejudice (Dkt. #9) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs.  **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.**  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on January 23, 2009.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2363.dismissal 9.wpd