# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LILIANA IBARRA, et al.,**

     **Plaintiffs,**

**v.**                     **Case No.  8:08-cv-2363-T-30EAJ**

**SSA INVESTMENTS, LLC., et al.,**

     **Defendants.**

_____/

## AMENDED ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice

(Dkt. #9).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     Any pending motions are **denied** as moot.

3.     The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 30, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-2363.dismissal 9.wpd